## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MARTEZ JARRETT**                                          **PLAINTIFF**

**v.**                           **No. 4:22-cv-749-DPM**

**BOBBY L. GROSSER, Patrol**
**Officer, North Little Rock Police**
**Department;  DOE, Unknown**
**Superior Patrol Officer, NLRPD**                    **DEFENDANTS**

### ORDER

The time to reopen the case has passed.  *Doc. 4.*  The Court lifts the

stay and will dismiss the case without prejudice for failure to prosecute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
10  August 2023