IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARTEZ JARRETT**                                                                                    PLAINTIFF

v.                                           No. 4:22-cv-749-DPM

**BOBBY L. GROSSER, Patrol
Officer, North Little Rock Police
Department; DOE, Unknown
Superior Patrol Officer, NLRPD**                                        DEFENDANTS

## JUDGMENT

Jarrett's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 August 2023